IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | | CASE NOS.: JKB-21-037 |
| | * | |
| DONTA MADISON | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR RELEASE OF MEDICAL RECORDS

On the February 10, 2021 the Defendant Donta Madison made his initial appearance in the above captioned case and consented to federal detention at that time (ECF No 9). A detention hearing was conducted on February 19, 2021 and Mr. Madison was ordered detained (ECF No 12) and is currently being housed at the Chesapeake Detention Facility ("CDF"). At the detention hearing it was brought to the Court's attention that Mr. Madison was previously diagnosed with thyroid cancer and was under the care of an oncologist at the time of his arrest. It has since come to light that Mr. Madison's health is declining, the cancer may be spreading, and he may need to see a cancer specialist.

In order to ascertain what the best medical care for Mr. Madison would be, the Defense requests that the Court order the United States Marshals Service and the Warden of the Chesapeake Detention Facility provide the Government and Counsel for the Defendant with any and all medical records relating to Mr. Madison. A proposed order is submitted herewith.

Respectfully submitted,

_____/s/_____
Tyler Mann   #30028
Law Offices of Mann & Risch, LLC
101 E. Chesapeake Ave, Suite 100
Towson, Maryland  21286
tyler@mannrisch.com
410-929-5145 (office)
410-625-5809 (fax)

Attorney for Donta Madison

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31th day of March 2021, a copy of the foregoing Motion emailed to Clinton Fuchs, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

_____/s/_____
Tyler Mann

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | | CASE NOS.: JKB-21-037 |
| | * | |
| DONTA MADISON | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

It is hereby Ordered this_____ day of _____ 2021, that the United States Marshal's Service for the District of Maryland and the Warden of the Chesapeake Detention Facility are authorized and directed to provide to the United States Attorney's Office and Counsel for the Defendant any and all medical records for detainee DONTA MADISON, and that the records shall be provided by _____, 2021.

_____                                    _____
Date                                                                                            Hon. A. David Copperthite
                                                                                                     United States Magistrate Judge