

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Clinton J. Fuchs*
*Assistant United States Attorney*
*Clinton.Fuchs@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4916*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

April 13, 2021

The Honorable James K. Bredar
United States Chief District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re:    *United States v. Donta Madison*
              JKB 21-0037

Dear Chief Judge Bredar:

      On February 25, 2021, the defendant, Donta Madison was charged in a one-count indictment with possession with the intent to distribute fentanyl in violation of 21 U.S.C. § 841. The defendant had an initial appearance on a criminal complaint charging similar crimes and the parties are currently working to schedule the defendant's initial appearance and arraignment on the indictment. No trial date has been set in this matter.

      The case at hand was the result of a months-long wiretap investigation of an organization believed to be involved in drug trafficking and related acts of violence in and around the 4900 block of Queensbury Avenue in Baltimore, Maryland. The investigation in this case continues and may result in additional charges against the defendant and additional defendants charged as part of this case.

      Discovery in this case is voluminous, including investigator reports, wiretap documents, and search warrants for locations, tracking of vehicles, the content of electronic devices and the content of social media accounts. The discovery process has begun, and the government expects discovery to be largely complete within the next few weeks.

      In order to allow the parties to review the extensive discovery, conduct a full investigation of the crimes charged, prepare motions, and begin plea negotiations, the parties request that a trial date not be set at this time and that the parties be permitted to provide a status report to the Court within 45 days.

      The parties appreciate the Court's attention to this matter and available to discuss any questions or concerns at the Court's convenience.

Very truly yours,

Jonathan F. Lenzner
Acting United States Attorney

By: _____
Clinton Fuchs
Assistant United States Attorneys