

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Clinton J. Fuchs*
*Assistant United States Attorney*
*Clinton.Fuchs@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4916*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

June 30, 2021

The Honorable James K. Bredar
United States Chief District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re:    *United States v. Donta Madison*
                Crim. No. JKB 21-0037

Dear Chief Judge Bredar:

      The parties write to provide an update on the progress in the above captioned case in advance of the June 30, 2021 scheduling conference.

      On February 25, 2021, the defendant, Donta Madison was charged in a one-count indictment with possession with the intent to distribute fentanyl in violation of 21 U.S.C. § 841. No trial date has been set and calculations under the Speedy Trial Act have been tolled through today's date.

      Discovery in this case is largely complete and includes recorded phone calls, investigator reports, wiretap documents, and search warrants for locations, tracking of vehicles, the content of electronic devices and the content of social media accounts. The Government has also met with the Defendant and Counsel to provide both with an overview of the evidence in the case.

      The parties have been discussing a possible resolution of this case and the Defendant is currently considering a plea offer provided by the Government. The parties remain hopeful that this matter will be resolved short of trial.

      The parties believe that additional time to review discovery and continue plea negotiations would be helpful to resolving this case. In order to do so the parties request that a trial date not be set at this time and that the parties be permitted to provide a status report to the Court within 30 days.

Very truly yours,

Jonathan F. Lenzner
Acting United States Attorney

By: _____
Clinton Fuchs
Assistant United States Attorneys