

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Clinton J. Fuchs*<br>*Assistant United States Attorney*<br>*Clinton.Fuchs@usdoj.gov* | *Suite 400*<br>*36 S. Charles Street*<br>*Baltimore, MD 21201-3119* | *DIRECT: 410-209-4916*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3124* |

October 14, 2021

The Honorable James K. Bredar
United States Chief District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Donta Madison, et al*
             Crim. No. JKB 21-0037

Dear Chief Judge Bredar:

    On February 25, 2021, the defendant, Donta Madison was charged in a one-count indictment with possession with the intent to distribute fentanyl in violation of 21 U.S.C. § 841. On July 22, 2021, Madison, Daniel Fleming, Shawn Smith and Rodney Valines were charged in a superseding indictment with conspiracy to distribute 400 grams or more of fentanyl in violation of 21 U.S.C. § 846 and with individual distribution offenses in violation of 21 U.S.C. § 841.

    All of the defendants have been arrested and all have had their initial appearances before the Court. No trial date in this matter has been set, however a scheduling conference will be held on October 15, 2021. Speedy Trial Act computations have been tolled through October 15, 2021.

    Production of discovery in this matter is currently ongoing but is now largely complete. The Government has also conducted in-person reviews of the evidence in the case with several of the defendants. Defendant Madison has signed a plea agreement with the Government and preliminary plea negotiations with the remainder of the defendants has begun.

    In order to provide the parties additional time to review discovery and continue plea negotiations, the parties recommend that a trial date not be set at this time and that the parties be permitted to provide a status report to the Court within 45 days.

    Thank you for your attention to this matter.

Very truly yours,

Erek L. Barron
United States Attorney

By: _____
Clinton Fuchs
Assistant United States Attorneys