Donta Madison #29562-509
Post Office Box 1500 FCI-2
Butner, NC 27509

United States Dist. Ct.
101 W. Lombard Street
Baltimore, MD 21201

Attn:
Clerk of Court

Dated: August 8, 2022

RE: Appeal Steps (Process)
price for Sentencing Transcripts &
Court Reporter's Address/Name.

Dear Clerk

Greetings and good day. I'm writing your office for a second time as I was directed to do so, with the hopes and prayers you can be of assistance to me on my journey to appeal my federal case on my own. Pro Se. The first request I'm seeking is to have the name of my Court Reporter who was present at my sentencing hearing. I would like to purchase my sentencing minutes transcripts and wish to know the price per page and total price so that I can forward a money order to the Court Reporter's address, However I need all the info to do so. There are other documents I wish to purchase to format my appeal but here at this FCI-2 (prison) we do not have PaCER, so if your office would be kind enough to forward a copy of my criminal docket report sheet so that I'm accurate of what I would like to purchase. My timeline to submit my brief is near and with your help I will not miss any further dates nor be time barred. First and foremost I humbly appreciate you for your attention and thank you kindly for your time, nowadays that is hard to come by. While I await your reply please have a most blessed day.

Cordially Yours,
D. Madison

(1 of 1)