

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael C. Hanlon*
*Assistant United States Attorney*
*Chief, Criminal Division*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4895*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*
*Michael.Hanlon@usdoj.gov*

April 4, 2025

The Honorable James K. Bredar
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: <u>United States v. Donta Madison</u>
     Crim. No. JKB-21-0037

Dear Judge Bredar:

  As instructed by the Court in its order at ECF 234 (March 7, 2025), I am writing to provide the following status report to the Court:

- Per the Court's order that the government bring to the attention of the relevant BOP officials the Defendant's claims about not receiving appropriate medical care, today the government emailed Federal Bureau of Prisons regional counsel a copy of the following documents: the Court's memorandum opinion (ECF 234) discussing the Defendant's claims; and another copy of a previous email sent by me to BOP (on January 9, 2025), in which I provided BOP counsel with copies of the Defendant's pleadings concerning his medical care claims.

- BOP regional counsel responded that they had asked legal staff at the Federal Medical Center Lexington (where the Defendant is incarcerated) to inquire about the status of the Defendant and to acquire updated medical records for the Defendant. I am told that I will receive an update as well as additional records. I will advise the Court of what I learn in a further status report.

  The government thanks the Court for its consideration of this matter. I am available if the Court has any questions.

                                      Respectfully Submitted,

                                      Kelly O. Hayes
                                      United States Attorney

                                      By:_____/s/_____
                                      Michael C. Hanlon
                                      Assistant United States Attorney

cc:     Defendant *pro se*